**Order entered May 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01491-CR

### DAVID ODEMWINGIE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F07-01267-Q

## ORDER

Appellant's brief was due April 10, 2019. When it was not timely filed, we notified appellant by postcard dated April 12, 2019 and instructed him to file his brief and a motion to extend time to file the same by April 22, 2019. To date, no brief or motion has been filed, and we have had no communication from appellant regarding the appeal.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal or whether appellant has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per

curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; Russ Henrichs; and to the Dallas County District Attorney.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     BILL PEDERSEN, III
        JUSTICE